UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Thomas Dooner | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 18-13123 |

## ORDER

AND NOW, this __9th__ day of __May__ 2018, upon consideration of the Motion to Reconsider the October 13, 2016 Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby; ("Motion")

ORDERED and DECREED that the ~~Automatic Stay shall be reinstated.~~ Motion is denied because: (1) there is no basis to grant the Motion; (2) the time to file a motion for reconsideration has long since passed; (3) the Debtor failed to consult with counsel for the DE County Tax Claim Bureau to determine whether they consented to an expedited hearing; and (4) given the very late timing of this Motion, it appears that Debtor is pursuing this Motion in bad faith.

~~FURTHER ORDERED:~~

_____ J.