UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | THOMAS DOONER, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-13123 ELF |

## O R D E R

AND NOW, the Debtor having filed the above bankruptcy case in this court on **May 9, 2018**;

AND, this case being subject to dismissal due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

AND, the Debtor having filed seven (7) prior bankruptcy case in this court on **docketed at Bky. Nos. 16-16432, 15-16677, 14-17258, 13-17966, 12-18557, 05-32173 and 04-32104**;

AND, the most recent four (4) prior cases also having been dismissed by the court due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

AND, as a result of the foregoing history, it appearing that the Debtor may have filed this most recent bankruptcy case in bad faith;

It is hereby **ORDERED** that:

1. The above bankruptcy case is **DISMISSED.**

2. The court retains jurisdiction in this case and a hearing is scheduled on **July 24, 2018, at 1:00 p.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107,** to consider whether an Order should be entered prohibiting the Debtor from refiling any future bankruptcy cases without prior court permission.

3. Pending the conclusion of the above hearing, the Debtor is **PROHIBITED** from filing any future bankruptcy case without prior court permission.

4. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION,** but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

**Date: June 6, 2018**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

cc:   Thomas Dooner
      400 Essex Road
      Norwood, PA 19074