UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       THOMAS DOONER,            :      Chapter 13
                                       :
             Debtor                    :      Bky. No.  18-13123 ELF

# O R D E R

AND NOW, by Order dated **June 6, 2018**, the court having dismissed the above bankruptcy case;

AND, the court having scheduled a hearing on **July 24, 2018** to consider whether an order should be entered prohibiting the Debtor from refiling any future bankruptcy cases without prior court permission;

AND, the Debtor having appeared at the hearing, but his attorney of record having failed to appear;

AND; based on the representations made by the Debtor at the **July 24, 2018** hearing, and for the reasons stated in court;[1]

It is hereby **ORDERED** that:

1. The Debtor is **PROHIBITED** from filing another bankruptcy case without first filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file the new case.

2. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action. The court retains jurisdiction to consider the reasonableness of any compensation received by the Debtor's counsel.  See 11 U.S.C. §329.

3. Pursuant to 11 U.S.C. §329(b), a hearing shall be held on **August 14, 2018, at 1:00 p.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** to consider the reasonableness of any compensation received by the Debtor's counsel.

---

[1] At the hearing, the Debtor represented, inter alia, that he paid his counsel $2,000.00 pre-petition and received a $300.00 refund.

-1-

4. If not already filed, **the Debtor's counsel shall file** the statement required by Fed. R. Bankr. P. 2016(b) and, if already filed, file a supplemental statement if necessary **on or before August 6, 2018**.

5. **Debtor's counsel SHALL APPEAR** at the next hearing.

Date: July 24, 2018

                        **ERIC L. FRANK**
                        **U.S. BANKRUPTCY JUDGE**

cc:    Thomas Dooner
        400 Essex Road
        Norwood, PA 19074